UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEPAK SAHOTA,<br><br>        Plaintiff,<br><br>    v.<br><br>NATHAN ALLEN, et al.,<br><br>        Defendants. | Case No. 20-cv-03180-WHO<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING**<br><br>Re: Dkt. No. 1 |

Petitioner Deepak Sahota has filed an Emergency Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, asking the Court to order his immediate release from the Mesa Verde ICE Processing Facility, or at a minimum, to order the government to provide Mr. Sahota with a new bond hearing. Mr. Sahota argues such relief is constitutionally required given the imminent threat to his health and his life created by the COVID-19 pandemic due to Mr. Sahota's severe mental illness, limited cognitive abilities, and history of smoking that place him at a greater risk of contracting COVID-19 than the general detained population. Dkt. No. 1.

The government shall file an opposition to the request for emergency relief by Wednesday, May 27, 2020 at 5:00 PM PDT. Petitioner may file reply by Monday, June 1, 2020. A hearing is scheduled on Wednesday June 3, 2020 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: May 21, 2020

William H. Orrick
United States District Judge